# EXHIBIT A

# gusto

## Earnings Statement

Pay period: Mar 31, 2025 - Apr 13, 2025 Pay Day: Apr 18, 2025
Check: $16.02

**Company**
Family matters learning center
34 Triangle Park Drive
Cincinnati, OH 45246
513-514-0112

**Employee**
Jahmelia Young

Cincinnati, OH

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $17.00 | 55.084 | $936.43 | $4,969.94 |
| Totals | | 55.084 | $936.43 | $4,969.94 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $58.06 | $308.14 |
| Medicare | $13.57 | $72.06 |
| Ohio State Tax | $14.32 | $80.24 |
| Sharonville City Tax | $14.05 | $74.56 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $58.06 | $308.14 |
| Medicare | $13.57 | $72.06 |
| FUTA | $5.62 | $29.83 |
| Ohio State Unemployment Tax | $25.28 | $134.19 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Payroll Deduction for broken computer amount total owed 959.41 | Deduction | $820.41 | $820.41 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $936.43 | $4,969.94 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $100.00 | $535.00 |
| Post-Tax Deductions/Contributions | $820.41 | $820.41 |
| Net Pay | $16.02 | $3,614.53 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $16.02 | $3,614.53 |
| Total Hours Worked | 55.084 | 292.35 |